IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOD ORLO MENNING, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:06-CV-0590-D |
| VS. | § | |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE - INSTITUTIONAL DIVISION, | § | |
| | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the

findings and recommendation of the magistrate judge, the court concludes that the findings and

conclusions are correct and are therefore adopted.

**SO ORDERED**.

May 31, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE